# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00501-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| MIGUEL ANTONIO MURILLO-RAMOS, | |
| Defendant. | |

    Presently before the Court is Assistant Federal Public Defender Benjamin Nemec's Motion to Withdraw as Attorney (ECF No. 14), filed on July 16, 2024. For the reasons stated in the motion, the motion is granted.

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: July 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE