AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  2:24-mj-501-DJA |
| Plaintiff, | |
| | **STIPULATION AND ORDER TO REQUEST STATUS CHECK** |
| vs. | |
| MIGUEL MURILLO-RAMOS | |
| Defendants, | (First Request) |

It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, Todd Blanche, Deputy Attorney General of the United States, First Assistant United States Attorney Sigal Chattah, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that a status check hearing be placed on calendar.

This Stipulation is entered into for the following reasons:

1.     The parties are requesting that a status check be scheduled in this matter due to the fact that this case has been ongoing for several months.

2.     Counsel for both parties are requesting that the Defendant be brought before

the court to advise the court whether his intention is to go forward to trial, or to negotiate the case.

      3.    An agreement had been reached, and both counsel believed the case was resolved.  Counsel for defendant has been unable to get a firm answer from Defendant as to his intentions.

      Dated this 12th day of November 2025.

                                          SIGAL CHATTAH
                                          First Assistant United States Attorney

*/s/ Amanda Pellizzari*                                   */s/ Kimberly M. Frayn*

_____      _____

AMANDA PELLIZZARI, ESQ.           KIMBERLY FRAYN
Nevada Bar No.: 11107                 Assistant United States Attorney
Attorney for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MIGUEL MURILLO-RAMOS

          Defendants.

Case No.:  2:24-mj-501-DJA

## <u>ORDER</u>

IT IS THEREFORE ORDERED that a status check be placed on calendar on:

**December 10, 2025, at 10:00 a.m.** in courtroom 3A.

Dated this 14th day of November 2025.

_____

UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*

_____

AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Petitioner*