TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br>    aka "Giovanni Alberto Murillo,"<br>    aka "Miguel Murillo,"<br><br>Defendant. | Case No. 2:24-mj-501-DJA<br><br>**Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Eighth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between CLAY PLUMMER, Special Assistant United States Attorney, counsel for the United States of America, and AMANDA PELLIZZARI, Esq., counsel for Defendant MIGUEL ANTONIO MURILLO-RAMOS, that the Court schedule the preliminary hearing in this case for no earlier than 90 days from the current February 23, 2026, preliminary hearing date. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed.

R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. On February 18, 2026, the parties reached a global resolution in this case and in the revocation of supervised release matter in case number 2:20-cr-00114-JCM-NJK. On February 18, 2026, the parties submitted the signed and written plea agreement to the court, and it has been assigned case number 2:26-cr-00027-RFB-MDC. The parties are waiting for the court to schedule a date for the plea and sentencing.

2. Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 90 days from the current preliminary hearing date.

3. Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

4. The parties agree to the extension of that deadline.

5. This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant time to file a motion for new counsel and to continue considering entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

6. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

7. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the

2

defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8.    This is the eighth request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 20th day of February, 2026.

Respectfully submitted,

_____/s/_____
TODD BLANCHE
Deputy Attorney General

/s/ Clay Plummer
CLAY A PLUMMER
Special Assistant United States Attorney

/s/ Amanda Pellizzari, Esq.
AMANDA PELLIZZARI, ESQ.
Counsel for Defendant MIGUEL ANTONIO MURILLO-RAMOS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL ANTONIO MURILLO-RAMOS,
   aka "Giovanni Alberto Murillo,"
   aka "Miguel Murillo,"

Defendant.

Case No. 2:24-mj-501-DJA

**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on February 23, 2026, at the hour of 4:00 p.m., be vacated and continued to May 26, 2026, at 4:00 p.m.

DATED this 23rd day of February, 2026.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE